**1199SEIU**
**Benefit and Pension Funds**
*A Partnership for Excellence*

National Benefit Fund • (212) 473-9200 | Pension Fund • (646) 473-8666
Greater New York Benefit Fund • (212) 541-9150 | Pension Fund • (646) 473-8666
Home Care Employees Benefit and Pension Funds • (646) 473-9200
Home Health Aide Benefit Fund • (646) 473-7470

330 WEST 42ND STREET   NEW YORK, NY 10036-6977   WWW.1199NBF.ORG

EL678471255US

FILE COPY

Via: <u>EXPRESS MAIL</u>    July 12, 2006

JFK Hartwyck @ Cedar Brook  (41044)
1340 Park Avenue
Plainfield, NJ  07060
**Attention:**  Jean Marie Buck, H.R. Supvsr.

Re:  Audit – 1199 Health & Benefits Fund     1/1/04 – 12/31/05
         1199 Education Fund                              1/1/04 – 12/31/05
         1115 Legal Services & Benefit Fund   1/1/04 – 12/31/05

Dear Ms. Buck:

Enclosed, herewith, please find a photostatic copy of the completed audit of JFK Hartwyck @ Cedar Brook, which was completed on June 23, 2006.  Below, you will find a summary of the audit amounts due the appropriate Funds as of the date of this letter.

|  |  | Benefit | Education | Legal | Total |
|---|---|---|---|---|---|
| Prior Audit DEL. | 6/1/02 – 12/31/03 | $   756.30 | $   517.68 | $(790.00) | $    483.98 |
| Prior Audit DEF. | 6/1/02 – 12/31/03 | 2,987.72 | 86.55 | 194.00 | 3,268.27 |
| Add: Current Audit Del. | 1/1/04 – 12/31/05 | (358.75) | 394.53 | 790.00 | 825.78 |
| Add: Current Audit Def. | 1/1/04 – 12/31/05 | 33,153.58 | 948.47 | 0.00 | 34,102.05 |
| TOTAL DUE | 1/1/04 – 12/31/05 | $32,794.83 | $1,343.00 | $ 790.00 | $34,927.84 |
| Current Audit Del. | 6/1/02 – 12/31/05 | 397.55 | 912.21 | 0.00 | 1,309.76 |
| Current Audit Def. | 6/1/02 – 12/31/05 | 36,141.30 | 1,035.02 | 194.00 | 37,370.32 |
| BALANCE DUE: | 6/1/02 – 12/31/05 | $36,538.85 | $1,947.23 | $ 194.00 | $38,680.09 |
| Add: Interest | 1/1/04 – 12/31/05 | 3,908.70 | 190.42 | 105.96 | 4,205.08 |
| **TOTAL AMT. DUE:** | 6/1/02 – 12/31/05 | **$40,447.55** | **$2,137.66** | **$299.96** | **$42,885.17** |

Please note that included in the statement of delinquencies due the Funds, is a demand for payment of interest amounting to **$4,205.08** due to the loss of income incurred on all outstanding monies due the Funds.

Please review the audit immediately.  Should you have any questions, please contact the undersigned at (646) 473-6460.  Your failure to remit all outstanding monies due the Funds within fifteen (15) days of the date of this letter will cause this office to begin immediate proceedings to collect.

Very truly yours,

*Anthony Petrella*
Anthony Petrella, Controller
Finance Department

AP/mc
Enclosure
Cc: Evelyn Franzino
      Luis Garay

Note: Resent 8/3/06   Express Mail # EL678471162US

Although these Funds are jointly administered, benefits are subject to each Fund's Summary Plan Description (SPD) and the discretion of the Trustees of that Fu

# GREATER NURSING HOME DIVISION
## AUDIT SUMMARY REPORT

| | |
|---|---|
| NAME | JFK HARTWYCK @ CEDAR BROOK |
| ADDRESS | 1340 PARK AVENUE<br>PLAINFIELD, NJ 07060 |
| TYPE OF CONTRACT | 1199 |
| AUDIT OR REVIEW | AUDIT |
| OFFICE CONTACT | |
| TYPE OF PAYROLL | In house computer system |
| AUDIT PERIOD | 1/1/04-12/31/05 |
| BARGAINING UNIT | Housekeeping |

| **DEFFICIENCY OR ADJUSTMENTS** | | **WELFARE** | **EDUC.** | **LEGAL** | **TOTAL** |
|---|---|---|---|---|---|
| TOTAL DUE | 10/1/02-12/31/02 | 16,175.09 | 915.34 | 488.00 | 17,578.43 |
| TOTAL DUE | 1/1/03-12/31/03 | 16,619.74 | 427.67 | 302.00 | 17,349.40 |
| **TOTAL DUE** | 1/1/04-12/31/05 | 32,794.83 | 1,343.00 | 790.00 | 34,927.84 |

### REASONS FOR DEFICIENCY OR ADJUSTMENT

| | |
|---|---|
| Unreported weeks/month for employees working within the "Bargaining Unit" (See attached Sch's B-1) | 34,102.05 |
| Errors in monthly contributions reports (See Sch-C) | 825.78 |
| Total... | 34,927.84 |

### STATEMENT OF POSITION

| | WELFARE | EDUC. | LEGAL | TOTAL DUE |
|---|---|---|---|---|
| | 36,538.85 | 1,947.23 | 194.00 | 38,680.09 |
| TOTAL DUE 10/1/02-12/31/03 | 36,538.85 | 1,947.23 | 194.00 | 38,680.09 |

AUDITOR'S NAME   LUIS P. GARAY                           DATE COMPLETED  June 23, 2006

JFK HARTWYCK @ CEDAR BROOK
1340 PARK AVENUE
PLAINFIELD, NJ 07060

## SCHEDULE A
## SUMMARY OF AMOUNTS DUE
### 1/1/04-12/31/05

| | | | WELFARE | EDUC. | LEGAL | TOTAL |
|---|---|---|---:|---:|---:|---:|
| DELINQUENCY | 1/1/04-12/31/04 | SCH C | (365.08) | 387.46 | 488.00 | 510.38 |
| DEFICIENCY | 1/1/04-12/31/04 | SCH B | 16,540.18 | 527.88 | - | 17,068.05 |
| TOTAL DUE | 1/1/04-12/31/04 | | 16,175.09 | 915.34 | 488.00 | 17,578.43 |
| DELINQUENCY | 1/1/05-12/31/05 | SCH C | 6.33 | 7.08 | 302.00 | 315.41 |
| DEFICIENCY | 1/1/05-12/31/05 | SCH B | 16,613.41 | 420.59 | - | 17,034.00 |
| TOTAL DUE | 1/1/05-12/31/05 | | 16,619.74 | 427.67 | 302.00 | 17,349.40 |
| **COMBINED AMOUNTS DUE** | | | | | | |
| DELINQUENCY | 1/1/05-12/31/05 | SCH C | (358.75) | 394.53 | 790.00 | 825.78 |
| DEFICIENCY | 1/1/04-12/31/05 | SCH B | 33,153.58 | 948.47 | 0.00 | 34,102.05 |
| TOTAL DUE | 1/1/04-12/31/05 | | 32,794.83 | 1,343.00 | 790.00 | 34,927.84 |

**JFK HARTWYCK @ CEDAR BROOK**
1340 PARK AVENUE
EDISON, NJ 08817

SCH B-1

| Dept | OVER TIME HOURS | OVER TIME WAGES | STRAIGHT WAGES | Jan '04 OT Wages | Feb-Dec '04 OT Wages | TOTAL '04 LIAB. |
|---|---|---|---|---|---|---|
| 7120 | 387.75 | 11,058.96 | 7,372.64 | | | |
| 7130 | 7621 | 128,171.08 | 85,447.39 | | | |
| 7400 | 1099 | 19,133.34 | 12,755.56 | | | |
| | | | 105,575.59 | 8,797.97 | 96,777.62 | |
| | | | Wel. Rate | 12% | 16% | |
| | | | Wel. Liab. | 1,055.76 | 15,484.42 | 16,540.18 |
| | | | Ed. Rate | 0.50% | 0.50% | |
| | | | Ed. Liab | 43.99 | 483.89 | 527.88 |

SCH B-1

| Dept | | OVER TIME HOURS | OVER TIME WAGES | STRAIGHT WAGES | Jan '05 OT Wages | Feb-Jul '05 OT Wages | Aug-Dec '05 OT Wages | TOTAL '05 LIAB. |
|---|---|---|---|---|---|---|---|---|
| 7120 | LPN'S | 595 | 16,422.00 | 10,948.00 | | | | |
| 7130 | NA'S | 5355 | 93,878.77 | 62,585.85 | | | | |
| 7400 | DIETARY | 836 | 15,877.00 | 10,584.67 | | | | |
| | | | | 84,118.51 | 7,009.88 | 42,059.26 | 35,049.38 | |
| | | | | Wel. Rate | 12% | 20% | 21% | |
| | | | | Wel. Liab | 841.19 | 8,411.85 | 7,360.37 | 16,613.41 |
| | | | | Ed. Rate | 0.50% | 0.50% | 0.50% | |
| | | | | Ed. Liab | 35.05 | 210.30 | 175.25 | 420.59 |

**JFK HARTWYCK @ CEDAR BROOK**
**1340 PARK AVENUE**
**PLAINFIELD, NJ 07060**

**SCHEDULE C**
**ANALYSIS OF PAYMENTS**
**1/1/04-12/31/05**

| | WELFARE PAID | EDU. FUND PAID | LEGAL PAID | TOTAL |
|---|---|---|---|---|
| Jan 04 | 13,984.11 | 581.94 | | 14,566.05 |
| Feb 04 | 12,668.15 | 395.37 | 504.00 | 13,567.52 |
| Mar 04 | 12,649.30 | 394.77 | 488.00 | 13,532.07 |
| Apr 04 | 12,269.26 | 382.92 | 528.00 | 13,180.18 |
| May 04 | 12,059.13 | 376.36 | 504.00 | 12,939.49 |
| Jun 04 | 12,723.94 | 397.16 | 488.00 | 13,609.10 |
| Jul 04 | 18,763.28 | 585.62 | 488.00 | 19,836.90 |
| Aug 04 | 12,364.18 | 385.93 | 512.00 | 13,262.11 |
| Sep 04 | 12,523.12 | 390.91 | 480.00 | 13,394.03 |
| Oct 04 | 11,805.40 | 368.50 | 512.00 | 12,685.90 |
| Nov 04 | 12,570.76 | | 504.00 | 13,074.76 |
| Dec 04 | 19,248.25 | 600.73 | 520.00 | 20,368.98 |
| Totals | 163,628.88 | 4,860.21 | 5,528.00 | 174,017.09 |

| | WELFARE PAID | EDU. FUND PAID | LEGAL PAID | TOTAL |
|---|---|---|---|---|
| Jan 05 | 13,518.18 | 421.99 | 512.00 | 14,452.17 |
| Feb 05 | 15,690.26 | 391.74 | 488.00 | 16,570.00 |
| Mar 05 | 16,619.56 | 414.94 | 504.00 | 17,538.50 |
| Apr 05 | 16,372.62 | 408.82 | 496.00 | 17,277.44 |
| May 05 | 16,190.21 | 404.21 | 528.00 | 17,122.42 |
| Jun 05 | 25,348.11 | 632.91 | 536.00 | 26,517.02 |
| Jul 05 | 17,981.83 | 448.96 | 528.00 | 18,950.79 |
| Aug 05 | 18,124.19 | 431.00 | 520.00 | 19,075.19 |
| Sep 05 | 18,726.82 | 445.32 | 528.00 | 19,700.14 |
| Oct 05 | 18,338.60 | 436.06 | 528.00 | 19,302.66 |
| Nov 05 | 18,835.24 | 447.95 | (3,958.00) | 15,325.19 |
| Dec 05 | 28,759.67 | 683.94 | | 29,443.61 |
| Totals | 224,505.29 | 5,567.84 | 1,202.00 | 231,275.13 |

**ANALYSIS OF PAYMENTS**

| | Reportable Wages | WELFARE | EDU. FUND | LEGAL | TOTAL |
|---|---|---|---|---|---|
| | 116,539.29 | 13,984.71 | 582.70 | 488.00 | 131,594.70 |
| | 79,178.67 | 12,668.59 | 395.89 | 504.00 | 92,747.15 |
| | 79,060.90 | 12,649.74 | 395.30 | 488.00 | 92,593.95 |
| | 76,685.52 | 12,269.68 | 383.43 | 528.00 | 89,866.63 |
| | 75,372.02 | 12,059.52 | 376.86 | 504.00 | 88,312.40 |
| | 79,527.36 | 12,724.38 | 397.64 | 488.00 | 93,137.37 |
| | 117,274.21 | 18,763.87 | 586.37 | 488.00 | 137,112.45 |
| | 77,278.38 | 12,364.54 | 386.39 | 512.00 | 90,541.31 |
| | 78,272.08 | 12,523.53 | 391.36 | 480.00 | 91,666.97 |
| | 73,786.30 | 11,805.81 | 368.93 | 512.00 | 86,473.04 |
| | 76,253.01 | 12,200.48 | 381.27 | 504.00 | 89,338.76 |
| | 120,305.83 | 19,248.93 | 601.53 | 520.00 | 140,676.29 |
| | 1,049,533.57 | 163,263.80 | 5,247.67 | 6,016.00 | 1,224,061.04 |

| Less: | WELFARE | EDU. FUND | LEGAL | TOTAL |
|---|---|---|---|---|
| Liability | 163,263.80 | 5,247.67 | 6,016.00 | 174,527.47 |
| Payments | 163,628.88 | 4,860.21 | 5,528.00 | 174,017.09 |
| Delinquency | (365.08) | 387.46 | 488.00 | 510.38 |

| | Reportable Wages | WELFARE | EDU. FUND | LEGAL | TOTAL |
|---|---|---|---|---|---|
| | 84,491.90 | 13,518.70 | 422.46 | 512.00 | 98,945.06 |
| | 78,453.53 | 15,690.71 | 392.27 | 488.00 | 95,024.50 |
| | 83,100.05 | 16,620.01 | 415.50 | 504.00 | 100,639.56 |
| | 81,865.27 | 16,373.05 | 409.33 | | 98,647.65 |
| | 80,953.13 | 16,190.63 | 404.77 | | 97,548.52 |
| | 126,743.33 | 25,348.67 | 633.72 | | 152,725.71 |
| | 89,911.04 | 17,982.21 | 449.56 | | 108,342.80 |
| | 86,308.40 | 18,124.76 | 431.54 | | 104,864.71 |
| | 89,177.94 | 18,727.37 | 445.89 | | 108,351.20 |
| | 87,329.57 | 18,339.21 | 436.65 | | 106,105.43 |
| | 89,694.20 | 18,835.78 | 448.47 | | 108,978.45 |
| | 136,954.87 | 28,760.52 | 684.77 | | 166,400.17 |
| | 1,114,983.23 | 224,511.62 | 5,574.92 | 1,504.00 | 1,346,573.77 |

**ANALYSIS OF DELINQUENCY**

| | WELFARE | EDU. FUND | LEGAL | TOTAL |
|---|---|---|---|---|
| Liability | 224,511.62 | 5,574.92 | 1,504.00 | 231,590.54 |
| Payments | 224,505.29 | 5,567.84 | 1,202.00 | 231,275.13 |
| Delinquency | 6.33 | 7.08 | 302.00 | 315.41 |

Page 1 of 1

JFK HARTWYCK @ CEDAR BROOK
1340 PARK AVENUE
PLAINFIELD, NJ 07060

INTEREST CALCULATION WORSHEET
1/1/04-12/31/05

| | FUND | LIABILITY | WELF INT | Ed INT | LEGAL INT | TOTAL |
|---|---|---|---|---|---|---|
| 10/1/02-12/31/02 | welfare | 16,175.09 | 2,911.52 | | | 2,911.52 |
| | ed | 915.34 | | 164.76 | | 164.76 |
| | Legal | 488.00 | | | 87.84 | 87.84 |
| 1/1/03-12/31/03 | welfare | 16,619.74 | 997.18 | | | 997.18 |
| | ed | 427.67 | | 25.66 | | 25.66 |
| | Legal | 302.00 | | | 18.12 | 18.12 |
| Total... | | 34,927.84 | 3,908.70 | 190.42 | 105.96 | 4,205.08 |