UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BOARD OF TRUSTEES OF THE 1199 SEIU
GREATER NEW YORK BENEFIT FUND and
BOARD OF TRUSTEES OF THE 1199 SEIU
GREATER NEW YORK EDUCATION FUND,

           Plaintiffs,

           v.

JFK HARTWYCK AT CEDAR BROOK,

           Defendant.
------------------------------------X

Civil Action No. 07-CV-3744 (TPG)(JCF)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, JFK Hartwyck at Cedar Brook, certifies that defendant, JFK Hartwyck at Cedar Brook (a private non-governmental party), does not have any corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: June 28, 2007

                                            s/Kathleen Barnett Einhorn
                                            Kathleen Barnett Einhorn (KE 2743)
                                            Shirin W. Saks (SS 2452)
                                            Genova, Burns & Vernoia
                                            354 Eisenhower Parkway
                                            Livingston, New Jersey 07039
                                            (973) 533-0777
                                            Attorneys for Defendant