```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                          Civil Action No. 07-CV-3744
BOARD OF TRUSTEES OF THE 1199 SEIU        (HB)(DFE)
GREATER NEW YORK BENEFIT FUND and
BOARD OF TRUSTEES OF THE 1199 SEIU
GREATER NEW YORK EDUCATION FUND,

                Plaintiffs,               CERTIFICATION OF SERVICE

        v.

JFK HARTWYCK AT CEDAR BROOK,

                Defendant.
----------------------------------------X
```

I, Maureen Waldron, upon my oath and according to law, do hereby certify as follows:

1. On June 28, 2007, the undersigned via the electronic filing rules of the District Court caused to be filed the within Answer and Affirmative Defenses, and this Certification of Service upon the following:

> J. Michael McMahon, Clerk
> United States District Court
> Southern District of New York
> United States Courthouse
> 500 Pearl Street
> New York, New York 10007
>
> Lowell Peterson, Esq.
> Meyer, Suozzi, English & Klein, P.C.
> 1350 Broadway, Suite 501
> New York, NY 10018-0026
> Attorneys for Plaintiffs

I certify that the foregoing statements are true to the best of my knowledge.  I understand that if any of the foregoing statements are willfully false, I am subject to punishment.

_____
Maureen Waldron

Dated: June 28, 2007

897\023\Pleadings\Certification of Service