UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08

BOARD OF TRUSTEES OF THE 1199 SEIU
GREATER NEW YORK BENEFIT FUND and BOARD
OF TRUSTEES OF THE 1199 SEIU GREATER NEW
YORK EDUCATION FUND,

*Plaintiff,*

- *against* -

JFK HARTWYCK AT CEDAR BROOK,

*Defendant.*

**STIPULATION**

Case No. 07-CIV-3744 (HB)

BOARD OF TRUSTEES OF THE 1199 SEIU
GREATER NEW YORK BENEFIT FUND and BOARD
OF TRUSTEES OF THE 1199 SEIU GREATER NEW
YORK EDUCATION FUND,

*Plaintiff,*

- *against* -

JFK HARTWYCK AT EDISON ESTATES

*Defendant.*

**Stipulation of Dismissal**

IT IS HEREBY STIPULATED AND AGREED, Plaintiff, BOARD OF TRUSTEES
OF THE 1199 SEIU GREATER NEW YORK BENEFIT FUND and BOARD OF
TRUSTEES OF THE 1199 SEIU GREATER NEW YORK EDUCATION FUND, and

94107

Defendants JFK HARTWYCK AT CEDAR BROOK and JFK HARTWYCK AT EDISON

ESTATES hereby agree that the above-captioned consolidated matter be dismissed in
its entirety. *And the Clerk is instructed to close this case & remove it from my docket.*

Dated:    New York, New York
          April 24, 2008

MEYER, SUOZZI, ENGLISH & KLEIN,          GENOVA, BURNS & VERNOIA
P.C.

By: Lowell Peterson, Esq. (LP5405)       By: Kathleen Barnett Einhorn (KE2743)
1350 Broadway, Suite 501                  354 Eisenhower Parkway
New York, New York 10018                  Livingston, New Jersey 07039
(212) 239-4999                            (973) 533-0777

Attorneys for Plaintiff                   Attorneys for Defendant

SO ORDERED

U.S.D.J.

94107